

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) NO. 2:18-CR-00557-SVW-1
    Plaintiff, )
    v. ) **ORDER OF DETENTION AFTER HEARING**
MAYRA ALEJANDRA SORIA, )
    Defendant. ) [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)]

    The defendant having been arrested in Camarillo, CA pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

\\
\\
\\
\\

A. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's submission and the defendant's failure to proffer any evidence to meet the defendant's burden on this issue;

and

B. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's submission and failure to proffer any evidence to meet the defendant's burden on this issue.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: April 18, 2019

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE